**GG RANCH, LIMITED; Horton Ranches, Incorporated; Lloyd Tschirhart; Dancy Tschirhart; Eakin Ranches, Limited; Rusty Ulbrich, Plaintiffs–Appellants**

v.

**EDWARDS AQUIFER AUTHORITY; Rolando Ruiz, in his official capacity as general manager; City of San Antonio, Acting by and through the San Antonio Water System (SAWS), Defendants–Appellees.**

No. 15–50505.

United States Court of Appeals,
Fifth Circuit.

May 5, 2016.

Glenn James Deadman, San Antonio, TX, for Plaintiffs–Appellants.

Mark Norman Osborn, Esq., Kemp Smith, L.L.P., El Paso, TX, Julie Anne Ford, Trial Attorney, George Brothers

270

Kincaid & Horton, L.L.P., Austin, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

Appellants, owners of certain real property located above the Edwards Aquifer in Medina and Uvalde Counties, Texas, sued the state regulatory agency in charge of the Aquifer, the Edwards Aquifer Authority, alleging violations under the Fifth and Fourteenth Amendments to the United States Constitution and Article 1, § 17 of the Texas Constitution. Appellants' suit followed the Authority's denial of their untimely applications for withdrawal permits for their properties. The district court, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissed all claims with prejudice.

We have considered this appeal on the basis of the briefs, the pertinent portions of the record, and the applicable law. Having done so, the judgment is affirmed, essentially for the reasons stated in the Order of the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

